```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 21933
  EVANGELINE EMANUEL
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
       Debtor
  SSN XXX-XX-8638
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/02/05 and confirmed on 07/22/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 12000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3374.18 | .00 | 2436.47 |
| ASPIRE VISA | UNSECURED | 923.89 | .00 | 667.13 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2435.15 | .00 | 1758.40 |
| KOHLS | UNSECURED | 489.88 | .00 | 353.74 |
| MARSHALL FIELD | UNSECURED | 391.01 | .00 | 282.35 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 5403.68 | .00 | 3901.96 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 520.58 | .00 | 375.91 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 13538.37 | .00 | 13538.37 |
| PRINCIPAL PAID | .00 | .00 | 9775.96 | .00 | 9775.96 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 9775.96 | .00 | 9775.96 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2200.00 and was paid $    500.00  direct and $   1700.00  through the plan.

The Trustee received $    524.04 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/12/08 /S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 21933 EVANGELINE EMANUEL